**STATE of Missouri, Respondent,**

v.

**Danien COBB, Appellant.**

**No. WD 65269.**

Missouri Court of Appeals,
Western District.

May 23, 2006.

Jeannie M. Willibey, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., JAMES M. SMART, and JOSEPH M. ELLIS, JJ.

## ORDER

PER CURIAM.

Mr. Danien Cobb appeals his conviction after a bench trial for unlawful use of a weapon, § 571.030.[1] He asserts that a variance exists between the charging document and the State's argument of the proof required.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).

---

**1.** All statutory references are to RSMo. (2000), and the Cumulative Supplement (2005), unless otherwise indicated.